UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| MICHELLE POWELL, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:12-CV-00118 |
| | ) Collier/Lee |
| GARDEN STATE LIFE INSURANCE CO., | ) |
| Defendant. | ) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties to this civil action that have appeared hereby stipulate that this civil action may be dismissed, with prejudice, and with no fees or costs awarded to either party.

WE SO STIPULATE:

/s/H. Graham Swafford, Jr.
H. Graham Swafford, Jr.
32 Courthouse Square
Jasper, Tennessee 37347
Telephone: (423) 942-3168
Telecopier: (423) 042-5931

COUNSEL FOR PLAINTIFF

s/S. Russell Headrick
S. Russell Headrick
Tennessee Bar No. 005750

BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC
265 Brookview Centre Way, Suite 600
Knoxville, Tennessee 37919
(865) 549-7204
(865) 633-7204 (telecopy)
RHeadrick@bakerdonelson.com


COUNSEL FOR DEFENDANT